FILED10 MAR '26 14:24USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAVIS WILLIAM JUHR,<br><br>Defendant. | 3:26-cr-00055-IM<br><br>**INDICTMENT**<br><br>18 U.S.C. § 875(c)<br><br>**UNDER SEAL** |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Transmitting a Communication Containing a Threat to Kidnap or Injure)**
**(18 U.S.C. § 875(c))**

On or about November 22, 2025, in the District of Oregon, defendant TRAVIS WILLIAM JUHR knowingly and with the intent to threaten, willfully transmitted in interstate commerce, that is, from the District of Oregon to the Western District of Washington, communications on social media platform X (formerly Twitter) containing threats to injure and kill the person of Minor Victim 1;

In violation of Title 18, United States Code, Section 875(c).

**COUNT 2**
**(Transmitting a Communication Containing a Threat to Kidnap or Injure)**
**(18 U.S.C. § 875(c))**

On or about December 7, 2025, in the District of Oregon, defendant TRAVIS WILLIAM JUHR knowingly and with the intent to threaten, willfully transmitted in interstate commerce, that is, from the District of Oregon to the District of Nevada, communications on social media platform X (formerly Twitter) containing a threat to injure and kill the person of Adult Victim 1;

In violation of Title 18, United States Code, Section 875(c).

Dated: March 10, 2026.                          A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ETHAN G. BODELL, PA #321830
Special Assistant United States Attorney