SCOTT E. BRADFORD, OR #062824
United States Attorney
District of Oregon
**ETHAN G. BODELL, PA #321830**
Special Assistant United States Attorney
Ethan.Bodell@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00055-IM** |
| **v.** | **UNOPPOSED MOTION FOR PROTECTIVE ORDER** |
| **TRAVIS WILLIAM JUHR,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court for a protective order limiting the copying and dissemination of certain materials set forth below.  Defendant's counsel does not object to this motion.  In the interest of providing timely discovery to the defendant, the government respectfully requests that the Court enter the accompanying order.

The indictment in this case charges defendant with two counts of making threats by interstate communications.  The discovery material includes sensitive information, including full names and personal information of multiple alleged victims (one of whom is a minor), family members of both the alleged victims and the defendant, and other witnesses and third parties.

**Motion for Protective Order**                                                    **Page 1**

In light of the nature of the crimes charged, and the sensitive information included in the discovery material, the government respectfully requests that the Court order that counsel of record, their investigators, assistants, and employees may review with defendant all discovery material produced by the government, and may provide defendant with copies of discovery that complies with this order, but shall not provide defendants with copies of, or unsupervised access to, any discovery material produced by the government which contains the personal identifying information of any individual (other than the defendant), including without limitation, any individual's date of birth, social security number, home address, telephone number, email address, driver's license number, internet protocol address, or the names of minors ("Personal Information").

Discovery material that clearly pertains only to defendant and does not contain Personal Information listed above may be provided to defendant unredacted.  The government and the defense will work together to ensure that these materials are protected and that defendant has unfettered access to as much material as can be provided consistent with this Court's order.

The government further moves the Court to order that defendant's counsel and defendant neither share any discovery material produced by the government with others not involved in case-related activities nor make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery materials to those persons employed by defense counsel who are necessary to assist counsel for trial or other proceedings.

These restrictions should not hinder defendant's ability to prepare for trial and will protect others from potential harassment or exposure to misuse of their personal information.

**Motion for Protective Order**                                                          **Page 2**

Defense counsel is free to raise any issues regarding this protective order during the course of this litigation should this order impact counsel's representation of defendant.

For the foregoing reasons, the government respectfully requests that the Court enter the proposed Protective Order.

Dated: April 7, 2026.                    Respectfully submitted,

                                         SCOTT E. BRADFORD
                                         United States Attorney

                                         *s/ Ethan G. Bodell*
                                         ETHAN G. BODELL, PA #321830
                                         Special Assistant United States Attorney

**Motion for Protective Order**                                    **Page 3**