**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00055-IM** |
| **v.** | **PROTECTIVE ORDER** |
| **TRAVIS WILLIAM JUHR,** | |
| **Defendant.** | |

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection by the parties, it is hereby:

ORDERED that pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, counsel for defendant shall not provide defendant with copies of, or unsupervised access to, any discovery material produced by the government which contains the personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, home address, telephone number, email address, driver's license number, internet protocol address, or the names of minors ("Personal Information") unless it belongs to the defendant or unless defense counsel first redacts the Personal Information from the discovery material.

**Protective Order**                                                                                                          **Page 1**

IT IS FURTHER ORDERED that discovery material that clearly pertains only to defendant and does not contain others' Personal Information as listed above may be provided to defendant unredacted.  The government and the defense will work together to ensure that these materials are protected and that defendant has unfettered access to as much material as can be provided consistent with this Court's order.

IT IS FURTHER ORDERED that neither defense counsel nor defendant shall provide any discovery material produced by the government to any person not a party to this case, or make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery material to those persons employed, retained, or otherwise consulted by defense counsel who are necessary to assist in preparation for trial or other proceedings.

DATED April _____, 2026.

_____
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*s/ Ethan G. Bodell*
_____
ETHAN G. BODELL, PA #321830
Special Assistant United States Attorney

**Protective Order**                                                                                    **Page 2**